AO 91 (Rev. 11/11) Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Katharine Hemann | Telephone: | (989) 895-5712 |
| Special Agent: | Scott Engelby | Telephone: | (989) 892-6525 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Jeffery Haswell

Case No. 1:25-mj-30003
Judge: Morris, Patricia T.
Filed: 01-06-2025 At 12:24 PM
CMP USA v. Jeffery Haswell

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2024 and October 2024__ in the county of __Gratiot__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C §§ 2251 and 18 U.S.C. §2252A(a)(2) | Manufacturing and Distribution of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Scott Engelby, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __January 6, 2025__

*Judge's signature*

City and state: __Bay City, Michigan__

Hon. Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT

I, Scott Engelby, being duly sworn, do hereby state as follows:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I am presently assigned to the FBI's Detroit Field Office, Bay City Resident Agency. I work on a variety of criminal matters including the investigation of violent crimes and crimes against children. I have received training in the area of child pornography and child exploitation and have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have been involved with investigations regarding child pornography and the exploitation of children through the internet. I have received training on the execution of search warrants to seize items of evidence from residences, communication providers, and electronic devices, such as cell phones and computers.

2. This affidavit is being submitted for the purpose of obtaining a criminal complaint and arrest warrant for Jeffery Haswell in violation of 18 U.S.C. § 2251(a), sexual exploitation of a minor and 18 U.S.C. § 2252A(a)(2), distribution of child pornography.

3. The information set forth in this affidavit was obtained during the course of my employment with the FBI, through personal observation, statements of

witness, information supplied by other local and federal law enforcement officers and through other investigative activity. The information in this affidavit is included for the limited purpose of showing probable cause and this affidavit does not contain all the information related to this investigation.

## PROBABLE CAUSE

4. On January 4, 2024, FBI Online Covert Employee, (OCE) 10655 was operating in a chat room on Application A[1]. OCE-10655 observed Application A user, "jaydenharden" had posted several images of a minor female using the toilet, taking a shower, and getting dressed in the bathroom. On August 3, 2024, OCE-10655 was able to capture 9 images posted by jaydenharden within a chat room on Application A. OCE-10655 provided those images to me. I reviewed those images and determined them to be consistent with the definition of federal child pornography, as defined under 18 USC § 2256(8). Below are descriptions of some of those images:

File Name: bd1f3fa0-5214-11ef-8cce-07f44c7664e6

Description: A naked minor female standing in the shower

File Name: bd1f3fa0-5214-11ef-8585-2f2399c16435

---

[1] The name and capabilities of Application A are known to law enforcement but are anonymized in this affidavit to protect operational security. The investigation of others who engage in the sexual exploitation of children remains ongoing and the disclosure of the name of the Application and/or the OCE's alias may alert other users who have communicated with or about the OCE, potentially provoking these users to notify others of law enforcement action, flee, and/or destroy evidence.

Description: A minor female naked from the waist down using the toilet.

5. OCE-10655 engaged in a direct chat with Haswell and had direct messages with Haswell during the time period of January 2024 through October of 2024. Below are some of the chats:

**OCE:** hey there – saw your creepshot in chat room. How'd you get that?

**Haswell:** what one

**OCE:** The one of the girl sitting on the toilet

**Haswell:** ohh hid my phone in the clothes
….
**OCE:** lol I hear ya. You still doing the hidden cam? I can throw you in some rooms if you want

**Haswell:** Im trying to catch the right time but yeah I love taking creeps and fuck yeah that would be great.
….
**OCE:** fuck yeah, how yng?? Would love to see…

**Haswell:** she 13

**Haswell:** get me in some groups please and ill send her??
….
**OCE:** very nice. You ever get to play with her??

**Haswell:** I wish I cum on her toothbrush all the time

Based on my training and experience when the OCE refers to the girl sitting on the toilet and Haswell responds, "ohh hid my phone in the clothes". Haswell and the OCE are referring to the series of images related to the previously described image with file name: bd1f3fa0-5214-11ef-8585-2f2399c16435. Haswell indicates he is

taking the video or photos without the minor female's knowledge by stating he hides his phone in the clothes. Later in the chat Haswell states, "she 13". Haswell is referring to the girl in the previously described images to be 13 years of age.

6. The FBI requested Application A provide information pertaining to the user jaydenharden. Application A provided some information which included the android device being used by jaydenharden. Google was issued a subpoena for information pertaining to the device. Google provided the name Jeffery Haswell, with phone number (989)708-6408 to be associated with the device. Open and law enforcement data bases showed Haswell to be associated with the phone number previously mentioned. It was later determined Haswell was residing at 127 Sharrar Avenue Alma, MI 48801.

7. During an interview of Haswell, he admitted the (989)708-6408 is his phone number and that haswelljeffery@gmail and drangue69@gmail are his email accounts. Haswell was shown sanitized screenshots of the previously described chat conversation. Haswell admitted that he was user, "jaydenharden" and that he did distribute the images of the minor previously described. Haswell was shown sanitized screen shots of the minor female in the shower and another while utilizing the toilet. Haswell admitted to taking the images and videos of the minor female. Haswell identified the minor, (hereinafter referred to as MV1) and stated MV1 was

13 at the time the video and images were taken. Haswell admitted to purposefully trying to capture MV1 in various states of undress because he was horny.

## CONCLUSION

8.    Based upon the above information, I respectfully submit that there is probable cause to believe that Jeffery Haswell has violated 18 U.S.C. §§ 2251(a) (sexual exploitation of a minor) and 18 U.S.C. § 2252A(a)(2) (distribution of child pornography).

_____
Scott Engelby
Special Agent, FBI

Sworn to and subscribed before me and/or by reliable electronic means on

    January 6, 2025
_____.

_____

Hon. Patricia T. Morris
United States Magistrate Judge